UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
**Isabel C. Balboa, Esquire**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, New Jersey  08002**
**(856) 663-5002**

In Re:

Rasheed J. Brooks

Debtor(s)

Case No. 18-23821 (ABA)

Judge:  Andrew B. Altenburg, Jr.

**STIPULATION ADJUSTING TRUSTEE PAYMENTS**

**WHEREAS**, a review of Debtor's case by the Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated and good cause having been shown, and

**WHEREAS**, the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by Stipulation;

**NOW THEREFORE**, the Trustee and counsel for Debtor hereby agree as follows:

Debtor's case be and is hereby allowed to continue at $3,240 receipts applied to plan, then $353 for forty-seven (47) more months commencing September 1, 2019, for a total plan length of sixty (60) months.

**IT IS STIPULATED** that all other terms set forth in the Interim Order Confirming Plan entered on October 12, 2018, remain in effect.

| | |
|---|---|
| /s/ Steven A. Silnutzer | 8/14/2019 |
| Steven A. Silnutzer, Esquire | Date |
| Debtor's Attorney | |
| | |
| /s/ Isabel C. Balboa | 8/15/2019 |
| Isabel C. Balboa | Date |
| Chapter 13 Standing Trustee | |