UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

John F. Newman, Esq.
South Jersey Federal Credit Union
1615 Hurffville Road
Deptford, New Jersey 08096
856-232-9000 x5015
jnewman@southjerseyfcu.com
Attorney for Creditor South Jersey Federal C.U.

In Re:

Rasheed J. Brooks

Case No.: 18-23821-ABA

Chapter: 13

Judge: Andrew B Altenburg

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that __John F. Newman__ will be substituted as attorney of record for __South Jersey Federal CU__, __creditor__ in this case.[1]

Date: 9/19/2019

_____
Signature of Former Attorney

Date: 9/25/19

_____
Signature of Substituted Attorney[2]

*rev.8/1/16*

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.