UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

STEVEN A. SILNUTZER, P.C.
335 E. Jimmie Leeds Road
Bldg. 200, Suite C
Galloway, NJ 08205
(609) 748-6100
Attorney for Debtor:
Steven A. Silnutzer, Esq.    SAS-0833

Case No.: 18-23821

Chapter: 13

In Re:

Rasheed Brooks

Adv. No.:

Hearing Date: 12/23/19 adj to 1/7/20

Judge: ABA

## CERTIFICATION OF SERVICE

1. I, __Samantha Buchanan__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Steven A. Silnutzer, Esq.__, who represents __the debtor__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __December 3, 2019__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   1.) Notice of Motion to Reinstate Stay as to Specialized Loan Servicing/Bank of NY Mellon
   2.) Certification of Debtor in support of Motion
   3.) Exhibit
   4.) Proposed Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 12/6/2019

/s/ Samantha Buchanan
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002-2977 | trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Notice of Elec Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Specialized Loan Servicing LLC<br>8742 Lucent Boulevard, Suite 300<br>Highlands Ranch, CO 80129-2386 | effected creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| John J. Rafferty<br>Bonial and Associates<br>PO Box 9013<br>Addison, TX 75001-9013 | authorized agent for effected creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Denise Carlon, Esq.<br>KML Law Group<br>216 Haddon Avenue<br>Suite 406<br>Haddon Township, NJ 08108-2812 | attorney for effected creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |