Printed on: 01/02/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2019 to 12/31/2019  
**Case Number: 18-23821 (ABA)**

Rasheed J. Brooks  
225 West Leeds Avenue  
Apartment 69  
Pleasantville, NJ  08232-1269

Monthly Payment: $353.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 02/06/2019 | $120.00 | 02/11/2019 | $100.00 | 02/19/2019 | $100.00 | 03/01/2019 | $150.00 |
| 03/07/2019 | $150.00 | 03/18/2019 | $130.00 | 03/22/2019 | $170.00 | 05/02/2019 | $50.00 |
| 05/13/2019 | $100.00 | 05/15/2019 | $70.00 | 05/17/2019 | $100.00 | 06/07/2019 | $150.00 |
| 06/24/2019 | $70.00 | 07/16/2019 | $100.00 | 08/05/2019 | $80.00 | 08/20/2019 | $60.00 |
| 09/26/2019 | $153.00 | 09/27/2019 | $200.00 | 11/01/2019 | $353.00 | 11/22/2019 | $153.00 |
| 12/02/2019 | $100.00 | 12/12/2019 | $100.00 | 12/23/2019 | $53.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | RASHEED J. BROOKS | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | STEVEN A. SILNUTZER, ESQUIRE | 13 | $2,410.00 | $2,410.00 | $0.00 | $1,526.16 |
| 1 | ATLANTIC MEDICAL IMAGING | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | COMENITY CAPITAL - BOSCOV'S | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CREDIT ONE BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | DEPARTMENT STORES NATIONAL BANK | 33 | $731.97 | $0.00 | $731.97 | $0.00 |
| 5 | DEPARTMENT STORES NATIONAL BANK | 33 | $1,095.58 | $0.00 | $1,095.58 | $0.00 |
| 6 | MABT - RETAIL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | MCGOVERN LEGAL SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | NORDSTROM, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | RAS CINTRON, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | SPECIALIZED LOAN SERVICING, LLC | 24 | $7,609.90 | $800.03 | $6,809.87 | $311.48 |
| 11 | SYNCB / WALMART | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | SYNCHRONY BANK | 33 | $177.99 | $0.00 | $177.99 | $0.00 |
| 13 | SAND CASTLES AND SEAGULLS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | SOUTH JERSEY F.C.U. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | STEVEN A. SILNUTZER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | LVNV FUNDING, LLC | 33 | $2,548.16 | $0.00 | $2,548.16 | $0.00 |
| 19 | NORDSTROM, INC. | 33 | $716.60 | $0.00 | $716.60 | $0.00 |
| 20 | QUANTUM3 GROUP, LLC | 33 | $1,260.49 | $0.00 | $1,260.49 | $0.00 |
| 21 | SOUTH JERSEY F.C.U. | 33 | $624.19 | $0.00 | $624.19 | $0.00 |
| 22 | SOUTH JERSEY F.C.U. | 33 | $5,217.65 | $0.00 | $5,217.65 | $0.00 |
| 23 | DSNB - BLOOMINGDALE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | ORCHARDS AT OAK MEADOW CONDOMINIUM | 24 | $2,529.46 | $265.92 | $2,263.54 | $184.72 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 25 | SOUTH JERSEY F.C.U. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | DEPARTMENT STORES NATIONAL BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | LVNV FUNDING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | NORDSTROM, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | QUANTUM3 GROUP, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | SOUTH JERSEY F.C.U. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | THE BANK OF NEW YORK MELLON TRUSTEE (SEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | ORCHARDS AT OAK MEADOW CONDOMINIUM ASSOC. | 33 | $2,192.00 | $0.00 | $2,192.00 | $0.00 |
| 35 | SPECIALIZED LOAN SERVICING, LLC | 13 | $531.00 | $260.67 | $270.33 | $531.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 08/01/2018 | 12.00 | $0.00 |
| 08/01/2019 | Paid to Date | $3,240.00 |
| 09/01/2019 | 47.00 | $353.00 |
| 08/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $2,812.00 |
| Total paid to creditors this period: | $2,553.36 |
| Undistributed Funds on Hand: | $388.35 |
| Arrearages: | $518.00 |
| Attorney: | STEVEN A. SILNUTZER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**