| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| |
| In Re:<br>RASHEED J. BROOKS<br>        DEBTOR |

Case No.:    18-23821

Chapter:    13

Judge:    Altenburg, Andrew B., Jr.

**CHANGE OF ADDRESS**

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

                                                                                    Party's name/type: Specialized Loan Servicing LLC, creditor
(Example: John Smith, creditor)

    Old address:    Specialized Loan Servicing LLC

                            8742 Lucent Blvd, Suite 300

                            Highlands Ranch, CO 80129


    New address:    Specialized Loan Servicing LLC

                            6200 S. Quebec Street

                            Greenwood Village, CO 80111


    New phone no.:n/a
    (if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:    10/27/2020                                        /s/ Natalie Lea as Authorized Agent for Creditor
                                                                                    Signature

*rev.2/1/16*

4127-N-7995