Printed on: 12/31/2021  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021  
**Case Number: 18-23821 (ABA)**

Rasheed J. Brooks  
225 West Leeds Avenue  
Apartment 69  
Pleasantville, NJ  08232-1269

Monthly Payment: $353.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/19/2021 | $100.00 | 01/25/2021 | $103.00 | 02/01/2021 | $153.00 | 02/19/2021 | $100.00 |
| 02/26/2021 | $100.00 | 03/17/2021 | $253.00 | 03/19/2021 | $153.00 | 03/26/2021 | $100.00 |
| 04/16/2021 | $153.00 | 04/23/2021 | $150.00 | 04/30/2021 | $50.00 | 05/10/2021 | $100.00 |
| 05/21/2021 | $200.00 | 06/01/2021 | $53.00 | 06/14/2021 | $153.00 | 07/02/2021 | $200.00 |
| 07/16/2021 | $253.00 | 07/30/2021 | $100.00 | 08/23/2021 | $177.00 | 08/27/2021 | $177.00 |
| 09/16/2021 | $150.00 | 10/01/2021 | $203.00 | 11/01/2021 | $200.00 | 11/03/2021 | $100.00 |
| 11/05/2021 | $153.00 | 11/19/2021 | $123.00 | 11/29/2021 | $230.00 | 12/06/2021 | $153.00 |
| 12/23/2021 | $100.00 | 12/29/2021 | $100.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | RASHEED J. BROOKS | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | STEVEN A. SILNUTZER, ESQUIRE | 13 | $2,410.00 | $2,410.00 | $0.00 | $0.00 |
| 1 | ATLANTIC MEDICAL IMAGING | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | COMENITY CAPITAL - BOSCOV'S | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CREDIT ONE BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | DEPARTMENT STORES NATIONAL BANK | 33 | $731.97 | $0.00 | $731.97 | $0.00 |
| 5 | DEPARTMENT STORES NATIONAL BANK | 33 | $1,095.58 | $0.00 | $1,095.58 | $0.00 |
| 6 | MABT - RETAIL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | MCGOVERN LEGAL SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | NORDSTROM, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | RAS CINTRON, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | SPECIALIZED LOAN SERVICING, LLC | 24 | $7,609.90 | $5,151.67 | $2,458.23 | $2,414.84 |
| 11 | SYNCB / WALMART | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | SYNCHRONY BANK | 33 | $177.99 | $0.00 | $177.99 | $0.00 |
| 13 | SAND CASTLES AND SEAGULLS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | SOUTH JERSEY F.C.U. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | STEVEN A. SILNUTZER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | LVNV FUNDING, LLC | 33 | $2,548.16 | $0.00 | $2,548.16 | $0.00 |
| 19 | NORDSTROM, INC. | 33 | $716.60 | $0.00 | $716.60 | $0.00 |
| 20 | QUANTUM3 GROUP, LLC | 33 | $1,260.49 | $0.00 | $1,260.49 | $0.00 |
| 21 | SOUTH JERSEY F.C.U. | 33 | $624.19 | $0.00 | $624.19 | $0.00 |
| 22 | SOUTH JERSEY F.C.U. | 33 | $5,217.65 | $0.00 | $5,217.65 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 23 | DSNB - BLOOMINGDALE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | ORCHARDS AT OAK MEADOW CONDOMINIUM ASSOC., INC. | 24 | $4,721.46 | $2,890.01 | $1,831.45 | $1,231.08 |
| 25 | SOUTH JERSEY F.C.U. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | DEPARTMENT STORES NATIONAL BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | LVNV FUNDING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | NORDSTROM, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | QUANTUM3 GROUP, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | SOUTH JERSEY F.C.U. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | THE BANK OF NEW YORK MELLON TRUSTEE (SEE ATT) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | SPECIALIZED LOAN SERVICING, LLC | 13 | $531.00 | $531.00 | $0.00 | $270.33 |
| 36 | SPECIALIZED LOAN SERVICING, LLC | 13 | $350.00 | $350.00 | $0.00 | $350.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 08/01/2018 | 12.00 | $0.00 |
| 08/01/2019 | Paid to Date | $3,240.00 |
| 09/01/2019 | 47.00 | $353.00 |
| 08/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $4,340.00 |
| Total paid to creditors this period: | $4,266.25 |
| Undistributed Funds on Hand: | $814.20 |
| Arrearages: | ($104.00) |
| Attorney: | STEVEN A. SILNUTZER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**