Document    Page 1 of 1

Eric D. Mann, Esq. 035801986
Paul D. Aaronson, Esq. 023191988
Michael J. Ruffu, Esq. 006692009
HYBERG WHITE & MANN
2111 New Road, Suite 105
Northfield, NJ 08225
(609) 407-1000
Attorneys for Orchards at Oak Meadow
Condominium Association, Inc.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (CAMDEN)

| | |
|---|---|
| In Re:<br><br>RASHEED J. BROOKS,<br><br>Debtor(s). | Hon. Andrew B. Altenburg, Jr.<br><br>Chapter 13<br><br>Case No. 18-23821-ABA |

## SUBSTITUTION OF ATTORNEY

The undersigned hereby consents to the substitution of Paul Aaronson, Esquire as attorney for creditor, Orchards at Oak Meadow Association, Inc., in the above matter.

HYBERG WHITE & MANN

By: /s/ Paul Aaronson
PAUL AARONSON, ESQ.
Superseding Attorney

Dated: 8/10/2022

McGOVERN LEGAL SERVICES, LLC

By: _____
WILLIAM H. BROSHA
Withdrawing Attorney

Dated: 8/11/22