ROBERT J. MALLOY, ESQUIRE (RM9222)
**ROBERT J. MALLOY, ESQUIRE**
2 North Maple Avenue
Marlton, New Jersey 08053
(856) 596-2225
ecf@robmalloylaw.com

Attorneys for First Harvest Credit Union
f/k/a South Jersey Federal Credit Union

| | | |
|---|---|---|
| IN RE: | : | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| | : | |
| Rasheed J. Brooks | | CASE NO.:18-23821-ABA |
| | : | |
| Debtor(s). | | Chapter 13 |
| | : | |
| | | Honorable Andrew B. Altenburg, Jr. |

**ENTRY OF APPEARANCE AND REQUEST FOR
NOTICES AND SERVICE OF ALL OTHER PAPERS**

PLEASE TAKE NOTICE, that Robert J. Malloy, Esquire, hereby enters its appearance on behalf of First Harvest Credit Union, formerly known as South Jersey Federal Credit Union, in the above-referenced bankruptcy case, pursuant to Fed.R.Bankr.P. 9010.

PLEASE TAKE FURTHER NOTICE that such counsel hereby requests, pursuant to Fed.R.Bankr.P. 2002, 3017, 9007 and 9010, that all notices given or required to be given in the above-captioned case including, but not limited to, all papers filed and served in all adversary proceedings in this case and all notices mailed only to statutory committees or their authorized agents or to creditors and equity holders who file with the Court a request that all notices be mailed to them, be given to and served upon said counsel at the following address and telephone number:

Robert J. Malloy, Esquire
2 North Maple Avenue
Marlton, New Jersey 08053
(856) 596-2225
(856) 596-7144 (fax)
**ecf@robmalloylaw.com**

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes not only notices and papers referred to in Fed.R.Bankr.P. 2002, but also includes, without limitations, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, fax transmission or otherwise filed in or made with regard to this case and any proceeding commenced therein.

DATED: November 30, 2023           /s/ Robert J. Malloy, Esquire
                                   2 North Maple Avenue
                                   Marlton, New Jersey 08053