Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 18-23821 (ABA)

Rasheed J. Brooks  
225 West Leeds Avenue  
Apartment 69  
Pleasantville, NJ  08232-1269

Monthly Payment: $0.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 02/21/2023 | $512.00 | 02/27/2023 | $100.00 | 03/09/2023 | $150.00 | 03/16/2023 | $100.00 |
| 04/19/2023 | $153.00 | 04/28/2023 | $150.00 | 05/15/2023 | $100.00 | 05/30/2023 | $75.00 |
| 06/05/2023 | $75.00 | 06/08/2023 | $200.00 | 06/16/2023 | $100.00 | 07/05/2023 | $50.00 |
| 08/11/2023 | $200.00 | 08/25/2023 | $200.00 | 09/15/2023 | $132.00 | 12/01/2023 | $220.00 |
| 12/18/2023 | $100.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | RASHEED J. BROOKS | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | STEVEN A. SILNUTZER, ESQUIRE | 13 | $2,410.00 | $2,410.00 | $0.00 | $0.00 |
| 1 | ATLANTIC MEDICAL IMAGING | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | COMENITY CAPITAL - BOSCOV'S | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CREDIT ONE BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | DEPARTMENT STORES NATIONAL BANK | 33 | $731.97 | $113.67 | $618.30 | $113.67 |
| 5 | DEPARTMENT STORES NATIONAL BANK | 33 | $1,095.58 | $170.13 | $925.45 | $170.13 |
| 6 | MABT - RETAIL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | MCGOVERN LEGAL SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | NORDSTROM, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | RAS CINTRON, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | SPECIALIZED LOAN SERVICING, LLC | 24 | $7,609.90 | $7,609.90 | $0.00 | $283.29 |
| 11 | SYNCB / WALMART | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | SYNCHRONY BANK | 33 | $177.99 | $27.64 | $150.35 | $27.64 |
| 13 | SAND CASTLES AND SEAGULLS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | STEVEN A. SILNUTZER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | LVNV FUNDING, LLC | 33 | $2,548.16 | $395.71 | $2,152.45 | $395.71 |
| 19 | NORDSTROM, INC. | 33 | $716.60 | $111.28 | $605.32 | $111.28 |
| 20 | QUANTUM3 GROUP, LLC | 33 | $1,260.49 | $195.74 | $1,064.75 | $195.74 |
| 21 | FIRST HARVEST CREDIT UNION | 33 | $624.19 | $96.93 | $527.26 | $96.93 |
| 22 | FIRST HARVEST CREDIT UNION | 33 | $5,217.65 | $810.26 | $4,407.39 | $810.26 |
| 23 | DSNB - BLOOMINGDALE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | ORCHARDS AT OAK MEADOW CONDO ASSOCIATION, INC. | 24 | $4,721.46 | $4,721.46 | $0.00 | $191.76 |
| 25 | FIRST HARVEST CREDIT UNION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 26 | DEPARTMENT STORES NATIONAL BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | LVNV FUNDING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | NORDSTROM, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | QUANTUM3 GROUP, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | FIRST HARVEST CREDIT UNION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | THE BANK OF NEW YORK MELLON TRUSTEE (SEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | SPECIALIZED LOAN SERVICING, LLC | 13 | $531.00 | $531.00 | $0.00 | $0.00 |
| 36 | SPECIALIZED LOAN SERVICING, LLC | 13 | $350.00 | $350.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 08/01/2018 | 12.00 | $0.00 |
| 08/01/2019 | Paid to Date | $3,240.00 |
| 09/01/2019 | 47.00 | $353.00 |
| 08/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $2,617.00 |
| Total paid to creditors this period: | $2,396.41 |
| Undistributed Funds on Hand: | $289.28 |
| Arrearages: | $360.00 |
| Attorney: | STEVEN A. SILNUTZER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**