| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |  |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>ANDREW B. FINBERG<br>CHAPTER 13 STANDING TRUSTEE<br>CHERRY TREE CORPORATE CENTER<br>535 ROUTE 38, SUITE 580<br>CHERRY HILL, NJ 08002 |  |
| In Re:<br><br>RASHEED J. BROOKS | Case No.:  18-23821<br><br>Chapter:  13<br><br>Judge:  ABA |

## NOTICE DEPOSITING UNCLAIMED FUNDS
### PURSUANT TO D.N.J. LBR 3011-1(a)

**ISABEL C. BALBOA,** Trustee in the above captioned matter states that the entire amount in Isabel C. Balboa the trustee's account has been disbursed and that the following funds remain unclaimed. The undersigned will immediately forward a check to the court payable to the Clerk, United States Bankruptcy Court as listed below. The parties entitled to said funds are listed below together with their last known address.

| PAYEE NAME AND ADDRESS | AMOUNT |
|---|---|
| FIRST HARVEST CREDIT UNION<br><br>1615 HURFFVILLE ROAD<br><br>DEPTFORD, NJ 08096 | $137.24 |

Date:  MAY 16, 2024                                                                                            */s/ Andrew B. Finberg, Trustee*

*rev.8/1/15*